# Exhibit A



9085 EAST MINERAL CIRCLE, SUITE 110
CENTENNIAL, CO 80112
PHONE (303) 801-0111
FAX (303) 586-8206
www.AskPHC.com

August 31, 2021

Mr. Brian G. Flood
Partner
Husch Blackwell, LLP
111 Congress Avenue, Suite 1400
Austin, TX 78701

Dear Mr. Flood,

Pinnacle Enterprise Risk Consulting Services, LLC ("Pinnacle" or "PERCS") understands Husch Blackwell, LLP ("Client" or "Husch") is seeking a business associate to provide consulting services to your client, Woodlands Specialty Hospital, LLC and all its affiliates ("Company" or "WSH+") and in furtherance of Husch's role as legal counsel to the Company. The purpose of this letter is to confirm our understanding of the engagement and requested scope of work. We will use all reasonable efforts to administer the services in an efficient and timely manner, and maintain the appropriate professional standard using reasonable care, skill, and expertise.

We understand Husch will retain Pinnacle under Attorney-Client Privilege and all materials, correspondence and deliverables will be appropriately documented as Attorney Work Product, as described herein.

If your understanding is the same as ours, and the terms are acceptable, please sign and execute this letter where indicated. Maintain a copy for your files and return the executed copy to Kristen Taylor via email at KTaylor@AskPHC.com.

## Project Plan

It is our understanding Husch Blackwell, LLP ("Husch" or "Client"), along with their client Woodlands Specialty Hospital LLC and its affiliates ("WSH+" or "Company"), is seeking a qualified business associate to assist with the following:

- Coding and submission of all backlogged claims (hospital and professional-fee)
- A middle to end revenue cycle assessment of its business operations related to facility (inpatient and outpatient hospital) and professional-fee services,
- Revenue Cycle support as requested, and
- Financial structure and pricing analysis (to be provided by Pinnacle Healthcare Consulting)

Mr. Brian Flood | Husch Blackwell LLP
Woodland Specialty Hospital and Affiliates
August 31, 2021

**Confidential**

**Coding and Submission of Claim Backlog**

Pinnacle will provide remote outsourced coding for WSH+'s for all services provided by WSH+. Services may include professional-fee, hospital facility inpatient and / or outpatient services.

Staff team resources are certified and nationally credentialled in their coding area and are required to remain in good standing with their respective credentialing organization(s). It is important to note; Pinnacle utilizes only on-shore workforce resources to perform all project requirements and our data is housed on-shore.

At the initiation of the engagement, Pinnacle will schedule a call with WSH+ to:

- Introduce Pinnacle and WSH+ primary contact and team(s).
- Evaluate background business operations and any perceived risk areas as they relate to the coding services to be provided.
- Estimate timelines and evaluate expectations including:
    - Turn-around of coded encounters
    - End of month procedures.
    - Discuss the remote electronic access request and set up process for WSH+ medical record and billing systems.
- Review next steps.

We ask WSH+ to be responsible for facilitating efficiency by:

- Providing remote access to all necessary systems, including the electronic medical record and charge entry system (as applicable).
- Proactively delivering or providing electronic access to supporting documentation not routinely available in the electronic medical record.
- Making internal coding, billing and documentation policies or guidance used by coding personnel available to Pinnacle resources prior to starting work.
- Setting reasonable expectations with internal resources who may need to respond to requests for assistance when reasonable and necessary.

Our goal is to always stay on schedule and within the estimated budget. However, it is important to understand delays, incomplete data/documentation or responses to requests may directly impact turnaround time and fees.

Daily workflow will be managed by the Pinnacle Professional-Fee Coding Manager ("Manager"). The Manager will be responsible for the daily assignment of work and communication of project status with WSH+'s point of contact. Weekly meetings with WSH+ and Pinnacle team members will be scheduled at the beginning of the project. Based on the client requests, these meetings can be moved to bi-weekly or monthly once the project is past the initial ramp up/training period. Medical record documentation will be retrieved via remote access to WSH+'s electronic medical record and / or by reviewing electronic images of scanned records provided by WSH+. All documentation will be reviewed for abstraction and/or validation accuracy.

Pinnacle will consider carrier policies where applicable to the payer in consideration of WSH+'s out-of-network status for all coded services supported in the medical record. If needed Pinnacle will also verify



Page | 2

Mr. Brian Flood | Husch Blackwell LLP
Woodland Specialty Hospital and Affiliates
August 31, 2021

**Confidential**

coding against National Correct Coding Initiative edit logic, Medicare Local and National Coverage Determination ("LCD" and "NCD") (where applicable to generate compliant claims). Issues relating to coding and documentation improvement will be relayed to WSH+ during regularly scheduled project update communications, or sooner, where risk or compliance issues may result in the delay of that communication. Should WSH+ request follow up education and training, Pinnacle will coordinate group and or individual provider 1:1 training session(s).

The coding process will be completed by entering the codes into WSH+'s EMR within forty-eight (48) to seventy-two (72) hours of receiving access to complete supporting documentation for typical expected volumes. Should an unexpected, significant spike in volumes occur to affect turn-around times, Pinnacle will alert WSH+'s primary contact and mutually formulate a plan to resolve the unexpected volume within a reasonable time frame.

WSH+ will be responsible for facilitating an efficient review process by providing:

- Remote access to all necessary systems to perform the reviews.
- Itemized detail bills, UB-04's and remittance advice statements for facility records
- HCFA 1500's and Explanation of Benefits (EOBs) for physician records
- Documentation not available in the electronic medical record in a PDF format prior to commencing the review.
- Copies of any policies or procedures related to the assignment of E/M levels; and/or copies of any E/M leveling tool(s) applicable to the review timeframe.
- Commercial payor policies and fee schedules as applicable by payor type

**Revenue Cycle Assessment**
Kristen Taylor, Arlene Baril and Steven Lash will conduct the Rapid Cycle Assessment.

The Rapid Cycle Assessment includes a data and documentation review ("Desk Review"), job shadowing, interviews, and testing to validate accuracy in accordance with policies and procedures, regulations, or other established criteria, and existence of the appropriate internal controls to mitigate errors.

The scope of work will include the hospital and physician practice revenue cycle. The objectives include:

1. Identifying existing internal controls to prevent errors and rework in the revenue cycle process.
2. Validating revenue cycle processes are compliant with existing policies and procedures, and regulatory requirements.
3. Assessing processes for efficiency and effectiveness.
4. Identifying opportunities for improvement or processes that create exposure for the organization.
5. Assessing the Revenue Cycle organizational structure and staff competencies.

Pinnacle will participate in a planning session with Husch and WSH+. The information gathered during the planning session will be utilized to formulate the final plan for scheduled fieldwork. The following will be discussed on the call:

- Review the project background and efforts taken by WSH+ to date.



Page | 3

**Confidential**

- Define the assessment project goals and objectives.
- Present options for additional consideration to clearly define scope and limitations of the assessment.
- Discuss reports and data needed for 'desk review' work.
- Discuss remote access to the electronic medical record or alternatives to receiving the necessary supporting documentation for any sample encounter claim reviews.
- Explain the data and field elements needed for random sampling analysis and selection.
- Introduce Pinnacle's resources and timeframe for completion.
- Describe and set deliverable content expectations.

At this time, Pinnacle expects the following areas and business functions will be assessed during the fieldwork phase.

- Hospital and Physician Practices
- Health Information Management / Coding,
- Case Management / Utilization Review,
- Business Office and
- Three (3) physician practices, and the most significant hospital charge capture workflows.

The following processes / workflows will be assessed during the fieldwork phase. The assessment will take approximately five (5) days and will include the Physician Practices, Hospital, Health Information Management, Utilization Review, Business Office / Patient Finance and charge capture workflows.

Pinnacle anticipates at least the information listed below will be requested during the desk review and visit during Phase I for the following areas/departments.

<u>Hospital</u>
1. Registration (pre-registration and same day registrations)
2. Financial Counseling
3. Charge capture and clinical workflow in the outpatient departments.
4. Utilization Review
5. Facility Coding / HIM Services
6. Patient Financial Services
    a. Insurance Verification
    b. Claims Submission
    c. Billing Follow Up
    d. Denial Management
    e. Payment Posting
    f. Self-Pay Collections
    g. Refunds / Credit Balances

<u>Physician Practice</u>
1. Registration / Patient Arrival
2. Prior Authorization
3. Clinical staff charge capture / encounter completion
4. Professional Coding



Mr. Brian Flood | Husch Blackwell LLP
Woodland Specialty Hospital and Affiliates
August 31, 2021

**Confidential**

5. Patient Financial Services
   a. Claims Submission
   b. Billing Follow Up
   c. Denial Management
   d. Payment Posting
   e. Self-Pay Collections
   f. Refunds / Credit Balances

Pinnacle will conduct a daily debrief with Husch, and if directed by Husch, with WSH+ key stakeholders, if requested.

**Pricing and Financial Structure Analysis**

We understand Husch and WSH+ have also requested a pricing analysis and financial structure analysis. This work would be performed with the assistance of Pinnacle Healthcare Consulting ("PHC"). Their consultant experts would provide the support needed to meet Husch and WSH+'s objectives as requested, qualified and able.

Upon completion of fieldwork and any follow up activities, Pinnacle will prepare a draft report which will include the following information:

1. Existing processes documented in a workflow format (Visio)
2. Internal Control matrix mapped to documented workflows
3. Recommendations to address:
   a. Internal control weaknesses
   b. Non-compliance with policies, procedures, or regulations
   c. Workflow inefficiencies
   d. Potential risk factors

Once Husch and WSH+ management have had an opportunity to review the draft report, Pinnacle will coordinate an exit conference with key stakeholders to discuss findings and preliminary recommendations. A final report will be issued following the exit conference.

Pinnacle will also be available to the Client to provide additional consulting and / or interim services as qualified and able. As requested, Pinnacle will provide estimates for each phase / scope of work, what is to be included, the expected timeline for completion, and other information as available and needed.



**Confidential**

**Timing and Fees**

We are prepared to commence providing services immediately upon Husch and WSH+'s authorization to proceed.

We hope you can appreciate it is difficult to provide clear estimates for a project of this nature since the project will evolve as decisions are made together. Once the scope is defined during the planning call, Pinnacle will provide an estimate of hours, timing and fees as needed. Fees will be calculated at Pinnacle's hourly rates using the minimum necessary resource to complete the tasks.

Timing can be influenced by changes to the scope of work, complexity of tasks to be performed, quality of the data provided and available for analysis, and completeness of the documentation required to perform our review. WSH+ will only be billed for the actual time necessary to meet the project objectives and preparation of the deliverables requested. Pinnacle hourly rates are provided in the table below.

| Pricing Structure | Hourly Rate |
|---|---|
| Associate Partner | $425 |
| Executive Consultant | $400 |
| Director | $300 |
| Senior Consultant | $250 |
| Consultant | $150 |
| Technical Analyst Assistance | $85 |

Costs associated with coding services will be calculated at an hourly rate as follows:

| Hourly Pricing (Coding and Claim Submission) | Price Per Hour |
|---|---|
| Professional Fee Case | $65.00 |
| Professional Fee Case (Complex: major procedures <5 codes) | $85.00 |
| Inpatient / Same Day Surgery | $100.00 |
| Observation / Emergency Department | $95.00 |
| Clinic / Ancillary | $85.00 |
| Medical Necessity Utilization IP Admission | $300.00 |



Confidential

Pinnacle will also be reimbursed for any and all out-of-pocket costs. Expenses may include, but may not be limited to, airfare, daily meal allowances, transportation, parking and lodging, should overnight travel be required.

Invoices will be sent monthly via email and due upon receipt. Woodlands Specialty Hospital may pay by check. Checks should be made payable to Pinnacle Enterprise Risk Consulting Services, LLC. A service charge of 1.5% per month will be applied to outstanding balances exceeding thirty (30) days from the time of invoicing. Pinnacle will require full payment of any indebtedness prior to issuance of final deliverables and/or expression of any opinion or testimony. Should balances remain outstanding beyond sixty (60) days from the date of the original invoice, Pinnacle retains the right to cease all work related to the project. Cessation of work may cause unforeseen adverse consequences. Pinnacle cannot be held liable for any such consequences.

## Miscellaneous Provisions

These terms and conditions ("Terms") apply to work performed for you by Pinnacle, including its various divisions, Personnel and related entities. These Terms will apply except where we have otherwise agreed with you in writing.

Pinnacle will provide the services as specified in our Agreement (Project Plan). We will work in a timely and efficient manner consistent with the needs of Client and Company. Client and Company agree to make available in a timely basis, and in a format satisfactory to Pinnacle, such data and information reasonably requested and necessary to accomplish the required tasks. Client and Company understand such data and information shall be accepted by Pinnacle as accurate and complete in all respects. Client and Company further understand delays in providing the required information to Pinnacle may postpone the agreed upon schedule and/or the availability of key personnel resourced for the project. Delays could also materially affect the scope of this engagement and/or our ability to meet established deadlines. Should the nature/scope of the work change during the project and require an alteration in the responsibilities or fees, we will discuss the changes with the Client and Company's primary contact and request confirmation / agreement in writing to complete the additional work or change in project scope.

All material, non-public information Pinnacle receives from Client and Company in connection with the project will be treated by Pinnacle as Client and Company's confidential information and will not be disclosed to any third party without the prior consent of Client and Company, except as contemplated by this agreement or as required by law.

Client and Company acknowledge Pinnacle will own and retain exclusive rights to its databases, software/models and other internally developed materials, irrespective of whether the same are used by Pinnacle in the performance of the project. Subject only to Pinnacle obligation to treat Client and Company material, non-public information as confidential, all work papers/product generated by Pinnacle in connection with the project shall be, and remain, the sole and exclusive property of Pinnacle, which shall own all rights of copyright in and thereto. Client and Company shall not make any use of such work products other than as contemplated by the scope of the project identified herein above without the express written consent of Pinnacle.

Subject to Pinnacle's receipt of full and timely payment of all sums required under the terms of this agreement, Client and Company shall have the right to receive, upon written request, copies of all work products prepared in presentation format for Client and Company in conjunction with this agreement.



Mr. Brian Flood | Husch Blackwell LLP
Woodland Specialty Hospital and Affiliates
August 31, 2021

**Confidential**

Pinnacle neither makes, nor shall it make, any representation regarding the outcome of any matter Pinnacle takes on Client and Company's behalf.

Information taken from business reports and records, standard reference manuals, publications and other resources, upon which all or portions of this analysis are based, is believed to be reliable, but may not be verified in all cases. No guarantee is given as to the accuracy of such information.

If either party to the agreement brings an action directly or indirectly based on this agreement, or the matters contemplated hereby, the prevailing party shall be entitled to recover, in addition to any other appropriate amounts, reasonable costs and expenses, including, but not limited to, attorneys' fees and court costs.

This agreement shall be governed by, and construed in accordance with, the internal laws of Colorado, without regard to conflict of law. Any action sought to be taken by either party shall be brought in the United States District Court from the Colorado. The parties do hereby expressly submit to personal jurisdiction of the State of Colorado, County of Arapahoe, for the purposes of carrying out this provision.

In addition, and subject to the provisions of this section, Client and Company agree to indemnify and hold Pinnacle, including its affiliates and subsidiaries or any employee, agent, officer, director, attorney, shareholder or any person who controls Pinnacle (any or all of the foregoing hereinafter an "indemnified person"), harmless against any losses, claims, damages or liabilities actually incurred by Pinnacle or the indemnified person which arise out of the misconduct by Client and Company pursuant to this agreement. Furthermore, Client and Company agree to reimburse Pinnacle, or any indemnified person, for any legal or other expenses in connection with investigating, or defending any action, proceeding, investigation or claim in connection therewith. However, Client and Company shall not be obligated under the foregoing indemnity agreement in respect to any loss, claim, damage or liability resulting from action in connection therewith to the extent that a court having jurisdiction shall have determined in a final judgment that such loss, claim, damage or liability resulted in whole or in part from the gross negligence or willful misconduct of Pinnacle or such indemnified person. The reimbursement and indemnity obligations of Client and Company under this paragraph shall be in addition to any liability Client and Company may otherwise have; and shall extend the same terms and conditions to the shareholders, directors, officers, employees, agents and controlling persons (if any) of Pinnacle, and representatives of Client and Company, Pinnacle and any indemnified persons.

Similarly, Pinnacle agrees to indemnify and hold Client and Company, including affiliates and subsidiaries or any employee, agent, officer, director, attorney, shareholder or any person who controls Client and Company (any or all of the foregoing hereinafter a "Client and Company indemnified person"), harmless against any losses, claims, damages or liabilities actually incurred by Client and Company or a Client and Company indemnified person which arise out of the misconduct by another party pursuant to this agreement or violation of Pinnacle's confidentiality obligations. Furthermore, Pinnacle agrees to reimburse Client and Company, or any Client and Company indemnified person, for any legal or other expenses in connection with investigating, or defending any action, proceeding, investigation or claim in connection therewith. However, Pinnacle shall not be obligated under the foregoing indemnity agreement in respect to any loss, claim, damage or liability resulting from action in connection therewith to the extent a court having jurisdiction shall have determined in a final judgment that such loss, claim, damage or liability resulted in whole or in part from the gross negligence or willful misconduct of Client and Company or such Client and Company indemnified



Mr. Brian Flood | Husch Blackwell LLP
Woodland Specialty Hospital and Affiliates
August 31, 2021

**Confidential**

person. The reimbursement and indemnity obligations of Pinnacle under this paragraph shall be in addition to any liability Pinnacle may otherwise have.

Pinnacle's maximum liability relating to services rendered under this letter (regardless of form of action, whether in contract, negligence or otherwise) shall be limited to the charges paid to us for the portion of the services or work products giving rise to liability. We will not be liable for consequential or punitive damages, including loss of profits or savings, even if aware of their possible existence.

By signing this Agreement, the Company confirms that the Company maintains business insurance such as General Liability, Directors and Officers Liability ("D&O"), etc.

Pinnacle will render such future additional services as may be necessary and/or requested regarding the subject matter hereof, including, but not limited to, producing documents, answering interrogatories, giving depositions, giving expert or other testimony, whether by agreement, subpoena or otherwise. Company agrees that it shall pay Pinnacle's then current hourly rates of the person(s) involved for the time expended in rendering such service(s), including, but not limited to, time for meetings, conferences, preparations and travel, and all reasonable costs and expenses related thereto, and the reasonable legal fees and expenses of Pinnacle counsel should such services, in our opinion, be reasonably required.

Company acknowledges and agrees that they will not, directly or indirectly, do or authorize or assist in any other persons by soliciting, enticing, persuading or inducing any person (whether or not under written contract of employment with Pinnacle) to terminate his/her employment with Pinnacle or to refrain from entering into, extending or renewing employment with Pinnacle (upon same or new terms) or to become employed by a person other than Pinnacle. Should you breach the foregoing, you understand that the breach shall have caused Pinnacle great and irreparable harm and damage. As liquidated damages, you shall pay Pinnacle an amount equal to 33 1/3% of that person's last year's gross compensation with Pinnacle. In addition to the foregoing, the parties agree that the remedy at law for any breach by Client and Company of this paragraph will be inadequate and that, in addition to any relief provided by law or in this agreement, Pinnacle shall be entitled to injunctive relief without having to post bond or other security or prove actual damages, it being understood by the parties that both damages and an injunction may be proper modes of relief and are not to be considered alternative remedies.

Either party may terminate this engagement, with or without cause, at any time. Should you terminate this agreement, any fees and out of pocket costs due to Pinnacle are immediately due and payable upon receipt of notification.

To indicate your acceptance of the terms of this Agreement, please sign below. The undersigned represents and warrants that it has all power and authority, and has taken all actions necessary, to execute and deliver this Agreement and to perform its obligations hereunder.

Please feel free to contact us should there be any questions about the terms of this agreement. We look forward to the opportunity to assist Husch and WSH+ with this matter.



Page | 9

Mr. Brian Flood | Husch Blackwell LLP
Woodland Specialty Hospital and Affiliates
August 31, 2021

**Confidential**

Respectfully Submitted,

**Pinnacle Enterprise Risk
Consulting Services, LLC**

*[signature]*

Kristen Taylor
Associate Partner

Dated: 8.31.21

Agreed and Accepted:

**Husch Blackwell LLP**

*[signature]*

Brian Flood
Partner

Dated: 9.8.2021

Agreed for Purposes of Payment
**Woodlands Specialty Hospital and its Affiliates**

Contact Title *[signature]*

Dated: 9/2/21

