# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 22-cv-1433

PINNACLE ENTERPRISE RISK CONSULTING
SERVICES, LLC, A COLORADO LIMITED
LIABILITY COMPANY

     PLAINTIFF

V.

WOODLANDS SPECIALTY HOSPITAL, LLC,
A TEXAS LIMITED LIABILITY COMPANY

     DEFENDANT

## DECLARATION OF HAROLD ENGLE

1.  My name is Harold Engle. I am over the age of twenty-one years and am fully competent and authorized in all respects to execute this affidavit. I have personal knowledge of the facts contained herein, which are true and correct.

2.  I am the Chief Executive Officer and Chief Nursing Officer of Woodlands Specialty Hospital, LLC ("WSH").

3.  WSH is organized under the laws of Texas and has its principal place of business in Texas.

4.  WSH has no operations outside of Texas and specifically, has no operations in Colorado or connection to Colorado other than the fact that WSH's lawyers in Texas, Husch Blackwell, LLP, selected a Colorado company, Pinnacle Enterprise Risk Consulting Services, LLC ("Pinnacle"), to perform services for WSH.

{00589832;1}

5.  WSH did not solicit services from Pinnacle. Husch Blackwell, LLP entered into a Consulting Services Agreement dated August 31, 2021, with Pinnacle (the "Letter Agreement"), purportedly for the benefit of WSH. WSH is not a party to the Letter Agreement other than for purposes of payment for appropriate services. WSH executed the Letter Agreement, under the legend "Agreed for Purposes of Payment," in Texas. No one from WSH travelled to Colorado to negotiate the Letter Agreement or for any other purpose relating to the Letter Agreement.

6.  Over the months that followed execution of the Letter Agreement, WSH was billed thousands of dollars for Pinnacle representatives to travel to Texas to provide the services called for under the Letter Agreement.

7.  Pinnacle's services fell far below the quality warranted or what would have been reasonable for a professional to provide. As a result, WSH lost money on uncollectable invoices and incurred the expense of hiring another consultant to correct Plaintiff's work. WSH explained these issues, among others, to Pinnacle but Pinnacle has persisted in demanding payment for its inadequate services.

8.  Forcing WSH to litigate this case in Texas would be highly burdensome on it. WSH is an active hospital. Forcing it to litigate with Pinnacle in Colorado would cause unnecessary expense and require WSH personnel to forgo patient-related activities in Texas for time in court and travel time each time they were required to be in Colorado.

9.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in The Woodlands, Texas, on the 23rd day of August 2022.



_____
Harold Engle

{00589832;1}                                  2