IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 22-cv-1433-WJM

PINNACLE ENTERPRISE RISK CONSULTING
SERVICES, LLC, A COLORADO LIMITED
LIABILITY COMPANY

      PLAINTIFF

V.

WOODLANDS SPECIALTY HOSPITAL, LLC,
A TEXAS LIMITED LIABILITY COMPANY

      DEFENDANT

## JOINT MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER

Pursuant to D.C.COLO.LCivR 7.1, Plaintiff Pinnacle Enterprise Risk Consulting Services, LLC ("Pinnacle") and Defendant Woodlands Specialty Hospital, LLC ("WSH") file this Joint Motion for Entry of Amended Scheduling Order, respectfully showing the Court as follows:

1. This case was filed on June 8, 2022. *See* Docket No. 1. WSH filed a motion to dismiss for improper venue and lack of personal jurisdiction on August 26, 2022. *See* Docket No. 17. Pinnacle responded to the motion arguing that venue and personal jurisdiction are proper and, in the alternative, that transfer to another judicial district was a preferable outcome to dismissal. *See* Docket No. 19.

2. In September 2022, the parties conferred on the terms of a proposed scheduling order. The parties' positions were included in a document filed on September 19, 2022. *See* Docket No. 20. At that time, WSH was hopeful that the deadlines the parties had agreed upon would give

{00590304;1}

WSH time to conduct discovery and engage in dispositive motion practice in the event that the Court denied the pending motion to dismiss.

3. On September 26, 2022, the Court issued its Scheduling Order. *See* Docket No. 22. That order provided, among other things, that (1) the deadline for designating experts is March 3, 2023; (2) the deadline for service of written discovery is March 7, 2023; (3) the discovery cutoff is April 21, 2023; and (4) the dispositive motion deadline is May 17, 2023. Docket No. 12.

4. Given the pending motion to dismiss, and the possibility that this case could be dismissed or transferred to the Southern District of Texas, the parties request that the Court enter the proposed order provided herewith as Exhibit A. The proposed order grants this motion and enters an amending scheduling order that will provide time for the Court to rule on the pending motion to dismiss and then time for the parties to evaluate the results of the motion and properly conduct discovery if necessary.

5. The extension requested is not sought for delay but so that justice may be had.

#### PRAYER

WHEREFORE, the parties respectfully request that the Court grant this motion and amend the Scheduling Order, and grant such other and further relief to which the parties may be justly entitled.

Respectfully submitted this 17th day of February 2023.

| | |
|---|---|
| By: */s/ Leslie Sara Hyman* | By: */s/ Christopher S. Dodrill* |
| Randall A. Pulman<br>Texas State Bar No. 16393250<br>rpulman@pulmanlaw.com<br>Leslie Sara Hyman<br>Texas State Bar No. 00798274<br>lhyman@pulmanlaw.com<br>**PULMAN, CAPPUCCIO & PULLEN, LLP**<br>2161 NW Military Highway, Suite 400<br>San Antonio, Texas 78213<br>(210) 222-9494 Telephone<br>(210) 892-1610 Facsimile<br><br>Stephen B. Shapiro<br>Garth Gersten<br>**OTTESON SHAPIRO LLP**<br>7979 E. Tufts Avenue, Suite 1600<br>Denver, CO 80237<br>Telephone: (720) 488-0220<br>Facsimile: (720) 488-7711<br>Email: sbs@os.law<br><br>**ATTORNEYS FOR DEFENDANT**<br>**WOODLANDS SPECIALTY HOSPITAL, LLC** | John A. Wharton<br>**GREENBERG TRAURIG, LLP**<br>1144 15th St., Suite 3300<br>Denver, CO 80202<br>Tel: (303) 572-6548<br>whartonj@gtlaw.com<br><br>Christopher S. Dodrill<br>**GREENBERG TRAURIG, LLP**<br>2200 Ross Avenue, Suite 5200<br>Dallas, Texas 75201<br>Tel: (214) 665-3681<br>dodrillc@gtlaw.com<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**PINNACLE ENTERPRISE RISK CONSULTING SERVICES, LLC** |

**CERTIFICATE OF SERVICE**

      I certify that on February 17, 2023, I caused the foregoing Motion for Entry of Amended Scheduling Order to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notice to the following:

John A. Wharton, Esq.
whartonj@gtlaw.com
Greenberg Traurig, LLP
1144 – 15th Street, Suite 3300
Denver, Colorado 80202

Christopher S. Dodrill
dodrillc@gtlaw.com
Greenberg Traurig, LLP
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201

and that pursuant to D.C.COLO.LcivR 6.1(c), this motion is being served on both clients by their counsel.

                                              *s/ Leslie Sara Hyman*
                                              Leslie Sara Hyman