IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 22-cv-1433-WJM

PINNACLE ENTERPRISE RISK CONSULTING
SERVICES, LLC, A COLORADO LIMITED
LIABILITY COMPANY

      PLAINTIFF

V.

WOODLANDS SPECIALTY HOSPITAL, LLC,
A TEXAS LIMITED LIABILITY COMPANY

      DEFENDANT

---

### ORDER GRANTING JOINT MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER

---

On this date the Court heard the Joint Motion for Entry of Amended Scheduling Order. After careful consideration, the Court finds that the Motion should be granted.

It is, therefore, **ORDERED** that:

1. The Joint Motion for Entry of Amended Scheduling Order is **GRANTED** and the following deadlines shall govern this adversary proceeding. All other provisions of the Court's Scheduling Order [Docket No. 22] remain in place.

2. Deadline for service of Interrogatories, Requests for Production of Documents and/or Admissions: ***May 17, 2023.***

3. Discovery Cut-off: ***June 21, 2023.***

4. Dispositive Motion Deadline: ***July 19, 2023.***

5.      Expert Witness Disclosure

a.      The parties shall designate all experts and provide opposing counsel and any pro se parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before *May 3, 2023.*

b.      The parties shall designate all rebuttal experts and provide opposing counsel and any pro se party with all information specified in Fed. R. Civ. P. 26(a)(2) on or before *May 24, 2023.*

DATED at Denver, Colorado, this ____day of _____, 2023.

BY THE COURT:

_____
United States Magistrate Judge