IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-01433-WJM-KLM

PINNACLE ENTERPRISE RISK CONSULTING SERVICES, LLC,
a Colorado Limited Liability Company,

    Plaintiff,

v.

WOODLANDS SPECIALITY HOSPITAL, LLC,
a Texas Limited Liability Company,

    Defendant.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion for Entry of Amended Scheduling Order** [#30] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#30] is **GRANTED**. The Scheduling Order is amended to reflect the following deadlines:

| Deadline | Date |
|---|---|
| Affirmative Expert Deadline | **May 3, 2023** |
| Rebuttal Expert Deadline | **May 24, 2023** |
| Deadline to Serve Written Discovery | **May 17, 2023** |
| Discovery Cut-Off | **June 21, 2023** |
| Dispositive Motion Deadline | **July 19, 2023** |
| Rule 702 Deadline | **September 29, 2023** |

    Dated:   February 22, 2023